UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CRAIG MICHAEL SMITH #307117,

        Petitioner,         Case No. 1:10cv1034

v.         Hon. Robert J. Jonker

BLAINE C. LAFLER,

        Respondent.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

    The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 9, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 9, 2015, is approved and adopted as the opinion of the court.

    **IT IS FURTHER ORDERED** that petitioner's habeas petition is **DENIED**. Rule 8, Rules Governing § 2254 Cases in the United States District Courts.

                      /s/ Robert J. Jonker
                      ROBERT J. JONKER
                      UNITED STATES DISTRICT JUDGE

DATED: March 5, 2015.